IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CITY OF ALEXANDER**                                                                                    **PLAINTIFF**

v.                                        **CASE NO. 4:13CV00642 BSM**

**PAUL GRAVER AND**
**FIRST GOVERNMENT LEASE COMPANY**                                    **DEFENDANTS**

## ORDER

This case is remanded to the Pulaski County, Arkansas Circuit Court. This action is a crossclaim in a pending state court action, which crossclaim defendants seek to remove pursuant to 28 U.S.C. § 1441. Although defendants state that the property at the heart of this crossclaim is unrelated to the underlying state action, that does not appear to be the case. Further, statutory provisions regarding removal are to be strictly construed and all doubts are to be resolved in favor of remand. *See Killian v. Union L.P. Gas System, Inc.*, 568 F. Supp. 679, 680 (W.D. Mo. 1983) (stating that "it is highly doubtful that an action may be removed piecemeal and...equally doubtful that a crossclaim defendant may remove a cause of action to federal court"). Accordingly, this action is remanded. All pending motions are denied as moot.

IT IS SO ORDERED this 3rd day of December 2013.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE